UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DiMarian Moore

Plaintiff(s),

v.

Majed Dabish, MNM Eight Mile Inc., MD Entertainment, LLC

Defendant(s).
_____________________________________/

Case No. 2:19-cv-12684-GAD-MJH

Judge Gershwin A. Drain

Magistrate Judge Michael Hluchaniuk

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

In accordance with Fed. R. Civ. P. 55(a), I request that a Clerk's Entry of Default be entered against Defendant MNM Eight Mile Inc. for failure to plead or otherwise defend.

## AFFIDAVIT

In support of my request for Clerk's Entry of Default, I state that:

1. The summons and complaint were served on Defendant MNM Eight Mile Inc. at 6200 E. Eight Mile Rd., Detroit, MI 48234 by personal service.
2. The defendant has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.
3. The defendant is not an infant, incompetent person or a member of the military service.
4. This statement is true and is signed under the penalty of perjury.

Date: December 12, 2019

/s/ David W. Hodges

Tex Bar No: 00796765; Fed ID No.: 20460
Kennedy Hodges, LLP
4409 Montrose Blvd.
Ste. 200
Houston, TX 77006
713-523-0001
dhodges@kennedyhodges.com