UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DIMARIAN MOORE,                         Case No. 19-cv-12684

     Plaintiff,                              Stephanie Dawkins Davis
v.                                         United States District Judge

MAJED DABISH, ET AL.,

     Defendants.
_____/

## **JUDGMENT**

The above entitled matter having come before the court and consistent with the court's Order Setting Damages entered on today's date, IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff and against Defendants in the amount of $109,983.75.

Dated at Flint, Michigan, this 7th day of July 2021.

                                                   KINIKIA ESSIX
                                                   CLERK OF THE COURT

                                                   s/Tammy Hallwood
                                                   Deputy Clerk

APPROVED:

s/Stephanie Dawkins Davis
Stephanie Dawkins Davis
United States District Court Judge